UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NORBERTO VEGA, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION: 2:25-cv-01134-ES-JBC |
| | : | |
| v. | : | ORDER FOR DISMISSAL |
| | : | |
| MAYRYAN, LLC., | : | **CLOSED** |
| | : | |
| Defendant | : | |

It appearing that the above captioned matter having been pending for more than 90 days without any proceedings having been taken therein,

IT IS ON THIS **14th** day of **July, 2025,**

O R D E R E D that the above case is hereby dismissed, pursuant to Local Rule 41.1(a), without prejudice and without costs.

s/Esther Salas
ESTHER SALAS, U.S.D.J.